IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00019-M-KS

MICHAEL SCOTT DAVIS,

    Plaintiff,

v.

STETSON MANSFIELD WEBSTER, et al.,

    Defendant.

ORDER

This matter comes before the court on Plaintiff's pro se Motion for Voluntary Dismissal Without Prejudice. [DE 21]. Pursuant to Federal Rule of Civil Procedure 41(a)(2) and for good cause shown, Plaintiff's motion is GRANTED. This action and all claims asserted therein are DISMISSED WITHOUT PREJUDICE. The Clerk of Court is DIRECTED to close this case.

SO ORDERED this 27th day of May, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE